IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER NAVARRO,** :  :  Plaintiff, :  :  v. :  :  **NANCY PELOSI, et al.,** :  :  Defendant. : | No. 1:22-cv-01519 (RDM) |

## NOTICE OF APPEARANCE

Please enter the appearance of John S. Irving of E&W Law, LLC as counsel for Plaintiff Peter K. Navarro in the above-referenced matter.

Dated: June 16, 2022                         Respectfully Submitted,

                                                                         E&W Law, LLC

                                                                          _____/s/ John S. Irving_____
                                                                          John S. Irving (D.C. Bar No. 460068)
                                                                          1455 Pennsylvania Avenue, N.W., Suite 400
                                                                          Washington, D.C. 20004
                                                                          Telephone: (301) 807-5670
                                                                          Email: john.irving@earthandwatergroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June 2022, a copy of the foregoing Notice of Appearance was served via the Court's CM/ECF system on all properly registered parties and counsel.

                                                     /s/ John S. Irving
                                        John S. Irving (D.C. Bar No. 460068)