IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER NAVARRO, | : |
| | : |
| **Plaintiff,** | : |
| | :  No. 1:22-cv-01519 (RDM) |
| v. | : |
| | : |
| NANCY PELOSI, et al., | : |
| | : |
| **Defendant.** | : |

## MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE

Through undersigned counsel, Plaintiff Peter Navarro respectfully requests that the Court

dismiss his Complaint in this case without prejudice pursuant to Fed. R. Civ. P. 41(A)(i).  The

defendants in this matter have not yet been served with the Complaint.


Dated: June 16, 2022                          Respectfully Submitted,

                                                        E&W Law, LLC

                                                        _____/s/ John S. Irving_____
                                                        John S. Irving (D.C. Bar No. 460068)
                                                        1455 Pennsylvania Avenue, N.W., Suite 400
                                                        Washington, D.C. 20004
                                                        Telephone: (301) 807-5670
                                                        Email: john.irving@earthandwatergroup.com

                                                        SECIL Law PLLC

                                                        _____/s/ John P. Rowley, III_____
                                                        John P. Rowley, III  (D.C. Bar No. 392629)
                                                        1701 Pennsylvania Ave., N.W., Suite 200
                                                        Washington, D.C. 20006
                                                        Telephone: (202) 417-8652
                                                        Email: jrowley@secillaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June 2022, a copy of the foregoing Motion to Dismiss the Complaint Without Prejudice was served via the Court's CM/ECF system on all properly registered parties and counsel.

_____/s/ John S. Irving_____
John S. Irving (D.C. Bar No. 460068)