IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER NAVARRO,** : | |
| : | |
| **Plaintiff,** : | |
| : | No. 1:22-cv-01519 (RDM) |
| v. : | |
| : | |
| **NANCY PELOSI, et al.,** : | |
| : | |
| **Defendant.** : | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss the Complaint Without Prejudice pursuant to Fed R. Civ. P. 41(A)(1), it is this _____ day of _____, 2022, hereby **ORDERED** that Plaintiff's Motion is **GRANTED**, and the Complaint in this case is **DISMISSED WITHOUT PREJUDICE**.

_____
RANDOLPH D. MOSS
United States District Judge